UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRUSTEES OF THE OPERATIVE PLASTERERS                    Case No.
and CEMENT MASONS' INTERNATIONAL                       07-7956((PAC)(DF)
ASSOCIATION LOCAL 262 f/k/a 530 ANNUITY
FUND, WELFARE FUND, APPRENTICESHIP
TRAINING FUNDS and PENSION FUND and
THE OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION                      **Rule 7.1 Statement**
LOCAL 262 f/k/a 530

                                        Plaintiffs,

                -against-


IMPERIAL PAINTING & FIREPROOFING, INC.

                                        Defendant
_____

         Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9]

and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for ___**Plaintiffs**___ (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party, which are publicly held.

         None




**Date**: September 4, 2007                    S/Danielle M. Carney
                                        **Signature of Attorney**

                                        **Attorney Bar Code**: DMC 7471

Rule7.1.form