**COUNTY**
ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd    PH: 516-483
ADDRESS: 3 SURREY LANE  HEMPSTEAD  NY 11550    File No.:

*Trustees of the Operative Plasters and Cement Masons' International Association L*
vs.
*Imperial Painting & Fireproofing, Inc.,*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____CURTIS WARREN_____, being duly sworn deposes and says: Deponent is not a party of age and resides in New York State. On ___October 2, 2007___ at ___2:37 PM___ at _____1019 38th Street  Brooklyn, NY 11219_____, 

**Summons In A Civil Action, Complaint, Rule 7.1 Statement (2), Judge's Rules, and Mag**
with Index Number ___07 CIV 7956___, and Date Purchased ___September 11, 2007___ endor
on: **Imperial Painting & Fireproofing, Inc.**_____, De

#1 INDIVIDUAL [ ] — By delivering a true copy of each to said recipient personally; deponent knew the person serve described as said person therein.

#2 CORPORATION [X] — By delivering to and leaving with _____"JANE DOE" - SECY._____ and that c so served to be Managing Agent of the corporation, and authorized to accept service on behal

*Service was made in the following manner after your deponent was unable, with due diligence witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ] — By delivering a true copy of each to _____ a person of su Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place

#4 AFFIXING TO DOOR [ ] — By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actu [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] — On _____, deponent completed service under the last two sections by c _____ to the above a postpaid properly addressed envelope marked "Personal and Confidential" in an official deposit care and custody of the United States Post Office in the State of New York. Certified Mail No.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discr
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC [ ] — After due search, careful inquiry and diligent attempts, I have been unable to effect process up being served because of the following: [ ] Unknown at Address   [ ] Evading   [ [ ] Address does not exist   [ ] Other: _____

#7 DESCRIPTION [X] — A description of the Defendant, or other person served, or spoken to on behalf of the Defenda
(use with #1, 2 or 3)  Sex _Female_   Color of skin _White_   Color of hair _Brown_   Age _36 - 50 Yrs._
Weight _161 - 200 Lbs._   Other Features: _Glasses_

#8 WIT. FEES [ ] — the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] — Deponent asked person spoken to whether the defendant was presently in military service of the United S State of New York and was informed that defendant was not.

#10 OTHER [X] — "JANE DOE" REFUSED TO GIVE HER NAME.

Sworn to before me on this __3__ day of __October, 2007__