UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
) 07-CV-7956 (Crotty)
)
Plaintiffs, )   **REQUEST FOR ENTRY OF**
)   **DEFAULT JUDGMENT**
-against- )
)
IMPERIAL PAINTING & FIREPROOFING, INC. )
)
Defendant. )

To: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Imperial Painting & Fireproofing, Inc., having failed to appear in this action, the time for appearing having expired, you are requested to enter a Default Judgment in favor of Plaintiff, and against the Defendant in the sum of $4,665.31 which includes court costs and reasonable attorney's fees.

Dated: February 26, 2008

DANIELLE M. CARNEY (DMC 7471)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
3 Surrey Lane, Suite 200
Hempstead, NY 11550
(516) 483-2990

To: Imperial Painting & Fireproofing, Inc.
1019 38th Street
Brooklyn, NY 11219