UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY FUND, WELFARE FUND, APPRENTICESHIP TRAINING FUND and PENSION FUND and OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a LOCAL 530<br><br>Plaintiffs,<br><br>-against-<br><br>IMPERIAL PAINTING & FIREPROOFING, INC.<br><br>Defendant. | 07-CV-7956 (Crotty)<br><br>**STATEMENT OF DAMAGES** |

Principal Amount Due ................................................................................ $384.90

Dues ................................................................................................................. 40.52

Interest calculated at (7.28%) ..................................................................... 27.91

Liquidated damages calculated at 20% of benefit contributions ............... 76.98

**Total** ............................................................................................................ **$530.31**

Attorneys' Fees ......................................................................................... $1,780.00

Audit Fees .................................................................................................. 1,960.00

Filing Fees ..................................................................................................... 350.00

Process Server Fee ......................................................................................... 45.00

**Total:** ......................................................................................................... **$4,135.00**

**GRAND TOTAL** ................................................................................... **$4,665.31**