Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 POST AVENUE SUITE 150 WESTBURY, NEW YORK 11590          TEL. (516) 333-6380; FAX (516) 333-6382

Barnes, Iaccarino, Virginia, Ambinder & Shepherd
Danielle M. Carney Esq.
3 SURREY LANE
HEMPSTEAD, NY 11550

Invoice No.: 0747531
October 3, 2007

File No.:

**Caption:**
*Trustees of the Operative Plasters and Cement Masons' International*  — Plaintiff/Petitioner
vs
*Imperial Painting & Fireproofing, Inc.,* — Defendant/Respondent

Court: United States
County:
Index No: 07 CIV 7956

**Re:** Imperial Painting & Fireproofing, Inc.
Date Served: 10/2/2007

**Docs.Served:** Summons In A Civil Action, Complaint, Rule 7.1 Statement (2), Judge's Rules, and

**Served By:** CURTIS WARREN          Place Served: 1019 38th Street Brooklyn, NY 11219

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 10/2/2007 | Process Service - Queens/Brooklyn/Manhattan | $45.00 | |
| | **Total Service Fees and Total Fees Prepaid:** | $45.00 | |

**Terms:** Payment Is Due Upon Receipt of Invoice- Attorney Is Responsible For All Fees

**Total Amount Due =** $45.00

**Remarks:** SS

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

Barnes, Iaccarino, Virginia, Ambinder & Shepherd
Danielle M. Carney Esq.
3 SURREY LANE
HEMPSTEAD, NY 11550

Invoice•Work Order # 0747531
Invoice Date: October 3, 2007
Attorney's ID# A222

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

**Total Amount Due = $45.00**

**Amount Enclosed** _____