## WAGNER & ZWERMAN LLP
*Certified Public Accountants*

Mark Wagner, CPA
Andrew M. Zwerman, CPA

450 WIRELESS BLVD.
HAUPPAUGE, NY 11788
(631) 777-1000  Fax (631) 777-1008
e-mail: staff@wzcpafirm.com

### Plasterers' - Local 262/530 Funds
### Compliance Audit Report

| | | | |
|---|---|---|---|
| EMPLOYER: | Imperial Painting & FireProofing | Audit/ Date | 12/15/2006 |
| ADDRESS: | 1019 38th Street | Revised date | 10/10/2007 |
| | Brooklyn, NY 11219 | Auditor: | Demetri Katartzis |
| TELEPHONE: | 718 437-9588 | Type of Payroll: | INHOUSE |
| CONTACT: | Susan | Prior Audit Period: | 7/04-9/05 |

AUDIT PERIOD: 10/1/2005 - 6/30/2006
**REVISED**

### Schedule of Fringe Benefits Due

| FUNDS | BENEFITS DUE |
|---|---|
| HEALTH & WELFARE | $138.00 |
| VACATION | $141.60 |
| ANNUITY | $67.20 |
| APPRENTICE | $12.00 |
| INDUSTRY ADVANCE | $7.50 |
| SUBTOTAL DEFICIENCY: | $366.30 |
| PENSION: | $18.60 |
| TOTAL DEFICIENCY: | $384.90 |
| WORKING DUES @ 5%: | $ 30.56 |
| 1% INTERNATIONAL ASSESMENT: | $ 9.96 |
| Interest @ 5.28% plus 2: | $ 27.91 |
| Audit Fees: | $ 1,960.00 |
| Attorney Fees: | $ 500.00 |
| GRAND TOTAL DEFICIENCY: | $2,913.33 |

Local 530 Plasterers'
COMPUTATION OF DEFICIENCIES

EMPLOYER: Imperial Paiting & Fireproofing

PERIOD: 10/1/2005 - 1/31/2006

REVISED

**SCHEDULE OF UNREPORTED HOURS : 55% Apprentice**

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| HEALTH & WELFARE | 30 | $4.60 | $138.00 |
| VACATION | 30 | $4.72 | $141.60 |
| ANNUITY | 30 | $2.24 | $67.20 |
| APPRENTICE TRAINING | 30 | $0.40 | $12.00 |
| INDUSTRY ADVANCEMENT | 30 | $0.25 | $7.50 |
| PENSION - Local 60 | 30 | $0.62 | $18.60 |
|  |  | $12.83 | $384.90 |

Union Dues Assessment:

Total Unreported Dues:    Wages:    $611.1 X 5% =    $    30.56

| 1 % International Assessment: |
| 30hrs x 20.37 = $611.10 |
| Wages & Benefits subject to 1% ($384.90 plus $611.10 = 996.00 X 1% )=     $ 9.96 |

Local 530 Plasterers'
COMPUTATION OF DEFICIENCIES

EMPLOYER : Imperial Paiting & Fireproofing

PERIOD: Feb.1, 2006 thru 6/30/06

### SCHEDULE OF UNREPORTED HOURS : REVISED

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| HEALTH & WELFARE | 0 | $4.60 | $0.00 |
| VACATION | 0 | $4.72 | $0.00 |
| ANNUITY | 0 | $6.34 | $0.00 |
| APPRENTICE TRAINING | 0 | $0.40 | $0.00 |
| INDUSTRY ADVANCEMENT | 0 | $0.25 | $0.00 |
| PENSION - Local 60 | 0 | $4.24 | $0.00 |
| Totals: | | | $0.00 |

Union Dues Assessment:

Total Unreported Dues:   Wages:           $          -

$          -

3

**IMPERIAL PAINTING**
Local 530 Payroll Audit
Period: 10/1/2005 - 6/30/2006

| re.plasterers-Journeymen | Rate | | OCT.2005 | NOV.2005 | DEC.2005 | Hrs /Diff | FIRST QTR'06 | SECOND QTR | REVISED Hrs /Diff | Calc. For 1% Int'l | Wages Diff(Dues) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CURTIS, DICK | 37.03 | Audit Hrs: | 81 | 120 | 114 | | 320 | 240 | | $ - | $ - |
| | | Reported Hrs: | 81 | 120 | 114 | | 320 | 240 | | | |
| | | Difference | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| HURDLE,BLAKE | 37.03 | Audit Hrs | 10 | 0 | 0 | | 0 | 0 | | | $ - |
| | | Reported Hrs: | 10 | 0 | 0 | | 0 | 0 | | | |
| | | Difference | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| SAMIR, ELBAZ | 34.03 | Audit Hrs: | 128 | 147 | 0 | | 0 | 0 | | | $ - |
| | | Reported Hrs: | 128 | 147 | 0 | | 0 | 0 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| JASON, GOMEZ | 13.61 | Audit Hrs: | 0 | 57 | 18 | | 128 | 0 | | 0 | $ - |
| | APPR | Reported Hrs: | 0 | 57 | 18 | | 128 | 0 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| DAVID MELENDEZ | 37.03 | Audit Hrs: | | 94 | 81 | | 22 | 0 | | | $ - |
| | | Reported Hrs: | 0 | 94 | 81 | | 22 | 0 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| * ANTHONY MILLER | 20.37 | Audit Hrs: | 0 | 30 | 0 | | 0 | 0 | | $ 611.10 | $ 611.10 |
| | | Reported Hrs: | 0 | 0 | 0 | | 0 | 0 | | | |
| apprentice | | Difference: | 0 | 30 | 0 | 30 | 0 | 0 | 0 | | |
| ANDY SCOTT | 37.03 | Audit Hrs: | 16 | 0 | 0 | | 0 | 24 | | | $ - |
| | | Reported Hrs: | 16 | 0 | 0 | | 0 | 24 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| BILL SANDY | 37.03 | Audit Hrs: | 0 | 97 | 18 | | 162 | 0 | | $ - | $ 213.50 |
| | | Reported Hrs: | 0 | 97 | 18 | | 162 | 0 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| | 37.03 | Audit Hrs: | 0 | 0 | 0 | | 0 | 0 | | | $ - |
| | | Reported Hrs: | 0 | 0 | 0 | | 0 | 0 | | | |
| | | Difference: | 0 | 0 | 0 | | 0 | 0 | 0 | | |

Totals:  30   0

* picked up in the report because he was listed in the shop stewart report.