CV: 07-7956

# CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

I, JoAnn Podurgiel, being duly sworn, deposes and states as follows:

That deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of Nassau.

On the 26th day of February 2008 your deponent served the within plaintiffs' Request for a Default Judgment along with supporting documents upon

Imperial Painting & Fireproofing, Inc.
1019 38th Street
Brooklyn, NY  11219

mailing a true copy of same enclosed in post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the United Postal Service within New York State.

_____
JoAnn Podurgiel

Sworn to before me this
26th day of February 2008

_____
Notary Public

DANIELLE M. NICOLAS-CARNEY
Notary Public, State of New York
No. 4980794
Qualified in Suffolk County
Commission Expires April 29, 20 11