UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
                                                      ) 07-CV-7956 (Crotty)
                                                      )
                         Plaintiffs, )
                                                      ) **DEFAULT JUDGMENT**
            -against- )
)
)
IMPERIAL PAINTING & FIREPROOFING, INC. )
)
                         Defendant. )
------------------------------------------------------------x

    This action having been commenced on September 11, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Imperial Painting & Fireproofing, Inc. on October 2, 2007 and a proof of service having been filed on October 10, 2007 and the defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired the request, it is,

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $4,665.31 which includes the benefit fund contributions in the principal amount of $384.90, liquidated damages calculated at 20% of the principal amounting to $76.98, interest calculated at 7.28% amounting to $27.91, dues in the amount of $40.52, reasonable attorney fees in the amount of $1,780.00 plus costs and disbursements of this action amounting to $395.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:

                So Ordered:

                _____

                Honorable Paul A. Crotty, U.S.D.J.

                This document was entered on the docket on

                _____

                Judgment Entered:

                _____

                Clerk

                By:_____
                      Deputy Clerk